**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

RAYMOND LOVE

    Plaintiff,

    v.                                                          Case No. 1:25-cv-04420

WILEY BOOK WRITERS, et al.

    Defendants.

## MOTION FOR ENTRY OF JUDGMENT

Comes now Plaintiff, Raymond Love, by counsel, and hereby move the Court to enter a Judgment, in the above proceeding, against Defendants Lodhi, Codex Lab, Inc., Vox Studios LLC, Onzila Lodhi, and Salman Ali Khan, and in support thereof would show the Court as follows:

1.    Parties entered an agreement in which Defendants agreed to pay by April 30, 2026.

2.    As part of the settlement agreement, Defendants agreed to a judgment which would be submitted to this Court if payment was not made on time.

3.    Defendants failed to make payment on or before April 30, 2026.

4.    Undersigned counsel has conferred with defense counsel, but has received no word as to when final payment will be made.

WHEREFORE, the Plaintiff, Raymond Love, by counsel, respectfully requests that the Court enter the attached Judgments against the above-named Defendants, for an award of attorney fees associated therewith, and for all other just and proper relief.

Respectfully submitted,

s/Daniel J. Canon
Daniel J. Canon (Ky. 92048; Ind. 35924-10)
Jonathan C. Little
Annemarie Alonso
Saeed and Little, LLP
#189 – 133 West Market Street
Indianapolis, IN 46202
(317) 721-9214
dan@sllawfirm.com

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of May, 2026, I electronically transmitted the foregoing document to the U.S. District Court for the Northern District of Illinois Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants. In addition, a copy of the foregoing was mailed this same date to:

Muhammad Khan
1221 W. 3rd St. Suite 502
Los Angeles, CA 90017

Haroon Manjlai
Khan & Manjlai, LLP
9431 Haven Ave.
Rancho Cucamonga, CA 91730

s/Daniel J. Canon
Daniel J. Canon (Ky. 92048; Ind. 35924-10)